1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | ANN H. VORIS, Bar #100433
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WAYNE EUGENE KINZEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-00272 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS HEARING/TRIAL CONFIRMATION HEARING AND RESET FOR CHANGE OF PLEA; ORDER |
| v. | ) | |
| WAYNE EUGENE KINZEL, | ) | Date:   January 2, 2007 |
| Defendant. | ) | Time:   9:00 A.M. |
|  | ) | Judge:  Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **motions hearing/trial confirmation hearing now set for December 18, 2006, may be continued to January 2, 2007, at 9:00 A.M. and reset for change of plea hearing.**

This continuance is sought at the request of counsel for defendant because she will be out of her office on December 18, 2006, the date now set for hearing, and will not be available for hearing.

///

///

///

///

///

///

///

1  The parties also agree that any delay resulting from this continuance shall be excluded in the
2  interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

3                                          McGREGOR W. SCOTT
                                            United States Attorney
4

5  DATED: December 14, 2006         By:  /s/  David L. Gappa
                                            DAVID L. GAPPA
6                                          Assistant United States Attorney
                                            Counsel for Plaintiff
7

8                                          DANIEL J. BRODERICK
                                            Federal Defender
9

10 DATED: December 14, 2006         By:  /s/ Ann H/ Voris
                                            ANN H. VORIS
11                                         Assistant Federal Defender
                                            Attorney for Defendant
12                                         WAYNE EUGENE KINZEL

13

14

15                                   **ORDER**

16  **IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§
17  3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

18

19  IT IS SO ORDERED.

20  **Dated:    December 15, 2006**            /s/ Anthony W. Ishii
    0m8i78                                     UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28  Stipulation to Continue Motions Hearing/Trial
    Confirmation Hearing and Reset for Change of
    Plea; [Proposed] Order
                                      -2-