HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
WAYNE KINZEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00272-DAD |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:  July 17, 2024 |
| WAYNE KINZEL, | Time:  2:00 p.m. |
| Defendant. | Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Wayne Kinzel, that the status conference currently scheduled for May 29, 2024, at 2:00 p.m., be continued to July 17, 2024, at 2:00 p.m.

Mr. Kinzel made his initial appearance on the violation petition in this case on May 1, 2023. *See* Dkt. #27. A detention hearing was held that same day and Mr. Kinzel was ordered released on conditions. *See* Dkt. #27, 29, 30. At that time, a first status conference was set for May 29, at 2:00 p.m.

Since that date, undersigned counsel was provided with initial and subsequent discovery. Counsel for Mr. Kinzel is in the process of reviewing that discovery and has submitted additional

discovery requests to the government and probation officer. In light of the need for counsel for Mr. Kinzel to continue to review the initial discovery, and to review any additional discovery provided responsive to counsel's discovery request, the parties are requesting that the status conference currently set for May 29, 2024, be continued to July 17, 2024, for a further status conference.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for the parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 22, 2024         */s/ David Gappa*
                           DAVID GAPPA
                           Assistant United States Attorney
                           Attorney for Plaintiff


                           HEATHER E. WILLIAMS
                           Federal Defender

Date: May 22, 2024         */s/ Reed Grantham*
                           REED GRANTHAM
                           Assistant Federal Defender
                           Attorney for Defendant
                           WAYNE KINZEL

# O R D E R

**IT IS HEREBY ORDERED** that the status conference set for May 29, 2024, at 2:00 p.m. is continued to July 17, 2024, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **May 22, 2024**

UNITED STATES MAGISTRATE JUDGE

Kinzel – Stipulation
and Proposed Order

3