HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
WAYNE KINZEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE KINZEL,<br><br>Defendant. | Case No. 1:06-cr-00272-DAD<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER<br><br>Date:   August 8, 2024<br>Time:  2:00 p.m.<br>Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Wayne Kinzel, that the preliminary hearing currently scheduled for July 25, 2024, at 2:00 p.m., be continued to August 8, 2024, at 2:00 p.m.

On July 11, 2024, the parties set this supervised release violation matter for a preliminary hearing on July 25, 2024. *See* Dkt. #42. On July 12, 2024, Mr. Kinzel filed a motion to dismiss Charge 3 of the superseding supervised release violation petition. *See* Dkt. #45. The matter is currently on calendar for July 29, 2024, at 9:30 a.m. before the district court regarding the pending motion to dismiss. In light of the pending motion, the parties are requesting that the preliminary hearing currently set for July 25, 2024, be continued to August 8, 2024.

1  The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 19, 2024                     */s/ David Gappa*
                                        DAVID GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 19, 2024                     */s/ Reed Grantham*
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        WAYNE KINZEL


**O R D E R**

**IT IS HEREBY ORDERED** that the Preliminary hearing set for July 25, 2024, at 2:00 p.m. is continued to August 8, 2024, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **July 19, 2024**            /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

Kinzel – Stipulation
and Proposed Order