HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
WAYNE KINZEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE KINZEL,<br><br>Defendant. | Case No. 1:06-cr-00272-DAD<br><br>**ORDER DISMISSING CHARGE 3 OF THE SUPERSEDNG SUPERVISED RELEASE VIOLATION PETITION FILED ON JULY 8, 2024** |

On July 12, 2024, Mr. Kinzel filed a motion to dismiss Charge 3 of the Superseding Supervised Release Violation Petition filed on July 8, 2024. *See* Dkt. #45. On July 19, 2024, the government filed its response to Mr. Kinzel's motion to dismiss Charge 3 and indicated that the government does not oppose Mr. Kinzel's motion to dismiss Charge 3 of the Superseding Supervised Release Violation Petition. *See* Dkt. #51. Accordingly, Mr. Kinzel requests that the Court enter an order dismissing Charge 3 of the Superseding Supervised Release Violation Petition.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 22, 2024

*/s/  Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
WAYNE KINZEL

1

# **O R D E R**

**IT IS HEREBY ORDERED** that Charge 3 of the Superseding Supervised Release Violation Petition filed on July 8, 2024, is dismissed. The Motion to Dismiss Hearing scheduled on July 29, 2024, is vacated.

IT IS SO ORDERED.

Dated: July 23, 2024

_____
Jennifer L. Thurston
U.S. District Judge