1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   WAYNE KINZEL
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:06-cr-00272-DAD
12 |                Plaintiff,         | STIPULATION AND ORDER TO CONTINUE
   |                                   | CONTESTED HEARING AND TO WAIVE
13 | vs.                               | PRELIMINARY HEARING;
14 | WAYNE KINZEL,                     |
15 |                Defendant.         |

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Wayne Kinzel, that the contested

21 hearing currently scheduled for September 20, 2024, at 2:00 p.m., be continued to October 17,

22 2024, at 2:00 p.m., and that the preliminary hearing currently scheduled for September 20, 2024,

23 at 2:00 p.m., be vacated.

24         On August 16, 2024, this matter was set for a contested hearing on an appearance bond

25 violation petition and for a preliminary hearing on the supervised release violation petition. At

26 that time, the Court had denied a defense motion to dismiss as moot in light of the probation

27 office's representation that the location monitoring device at issue in the appearance bond

28 violation petition would be returned to the probation office for defense review and inspection.

1   The probation office then received the location monitoring device back from the location
2   monitoring company on or about August 20, 2024, and counsel for Mr. Kinzel was able to view
3   the device on August 28, 2024. On August 30, 2024, counsel for Mr. Kinzel submitted several
4   discovery requests related to the appearance bond violation petition. On September 13, 2024,
5   counsel for Mr. Kinzel received a response to the discovery requests and additional discovery. In
6   light of the responses and additional discovery provided on September 13, 2024, the parties are
7   in agreement to continue the contested hearing on the appearance bond violation to October 17,
8   2024.

   In addition, on August 16, 2024, the parties set a preliminary hearing on the supervised release violation petition to occur on September 20, 2024. However, Mr. Kinzel hereby agrees to waive his right to a preliminary hearing on the supervised release violation petition allegations. Accordingly, the parties are in agreement that the contested hearing on the appearance bond violation petition be continued to October 17, 2024, and that the preliminary hearing with respect to the supervised release violation petition be vacated.

   The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

                                           Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney

Date: September 18, 2024              */s/ David Gappa*
                                           DAVID GAPPA
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


                                           HEATHER E. WILLIAMS
                                           Federal Defender


Date: September 18, 2024              */s/ Reed Grantham*
                                           REED GRANTHAM
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           WAYNE KINZEL

Kinzel – Stipulation
and Proposed Order

**O R D E R**

**IT IS HEREBY ORDERED** that the contested hearing on the appearance bond violation petition is continued to October 17, 2024, at 2:00 p.m. Additionally, the preliminary hearing with respect to the supervised release violation petition is hereby vacated.

IT IS SO ORDERED.

Dated:   **September 19, 2024**          /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

Kinzel – Stipulation
and Proposed Order

3