| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | WAYNE KINZEL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00272-DAD |
| Plaintiff, | ORDER FOR RELEASE OF UNITED STATES PROBATION OFFICE RECORDS |
| vs. | |
| WAYNE KINZEL, | |
| Defendant. | |

On October 1, 2024, Mr. Kinzel filed a motion for the release of the chronological entries into the United States Probation Office's record-keeping system relating to Mr. Kinzel, for the dates falling on or between May 1, 2024, and July 6, 2024. *See* Dkt. #74. The reasons for the request were set forth in Mr. Kinzel's October 1, 2024 motion. *See* Dkt. #74. The government has not filed an opposition to Mr. Kinzel's motion. Accordingly, Mr. Kinzel requests that the Court order the release of the chronological entries relating to Mr. Kinzel on and between May 1, 2024, and July 6, 2024, to counsel for Mr. Kinzel.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 15, 2024

*/s/  Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for WAYNE KINZEL

**O R D E R**

IT IS HEREBY ORDERED that all chronological entries in the United States Probation Office's record-keeping system relating to Wayne Kinzel, 1:06-cr-00272, for those dates falling on or between May 1, 2024, and July 6, 2024, may be released only to counsel for Mr. Kinzel.

IT IS SO ORDERED.

Dated:   **October 16, 2024**                               _____
                                                            UNITED STATES MAGISTRATE JUDGE