HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
WAYNE KINZEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00272-DAD |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET BRIEFING SCHEDULE AND HEARING DATE; AND ORDER |
| vs. | |
| WAYNE KINZEL, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Wayne Kinzel, that the status conference currently scheduled for November 6, 2024, at 2:00 p.m. may be vacated and that a briefing schedule and hearing date on a defense motion to dismiss may be set as follows:

- Defense motion to be filed on or before October 21, 2024.
- Government opposition to be filed on or before October 28, 2024.
- Any defense reply to be filed on or before November 4, 2024.
- Motion hearing to be set on November 6, 2024, at 8:30 a.m. before the district court.

The proposed briefing schedule and hearing date is made with the intention of conserving

1   time and resources for both the parties and the Court. The requested dates are mutually agreeable

2   dates for both parties. As this is a supervised release violation matter, no exclusion of time is

3   necessary.

4                                                    Respectfully submitted,

5                                                    PHILLIP A. TALBERT
                                                     United States Attorney
6

7   Date: October 18, 2024              _/s/ David Gappa_____
                                                     DAVID GAPPA
8                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff
9

10                                                   HEATHER E. WILLIAMS
                                                     Federal Defender
11

12  Date: October 18, 2024              _/s/ Reed Grantham_____
                                                     REED GRANTHAM
13                                                   Assistant Federal Defender
                                                     Attorney for Defendant
14                                                   WAYNE KINZEL

15

16                                **O R D E R**

17          IT IS SO ORDERED. The status conference currently scheduled for November 6, 2024,

18  at 2:00 p.m. is hereby vacated.

19          IT IS FURTHER ORDERED THAT a briefing schedule on the defense motion is hereby

20  set in accordance with the above. The defense motion is to be filed on or before October 21,

21  2024. The government opposition is to be filed on or before October 28, 2024. Any defense reply

22  is to be filed on or before November 4, 2024. A hearing on the motion is hereby set for

23  **November 6, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

24  IT IS SO ORDERED.

25      Dated:   **October 18, 2024**              _/s/ Barbara A. McAuliffe_____

26                                                   UNITED STATES MAGISTRATE JUDGE

27

28

Kinzel – Stipulation