HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
WAYNE KINZEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE KINZEL,<br><br>Defendant. | Case No. 1:06-cr-00272-DAD<br><br>**STIPULATION TO CONTINUE SENTENCING; AND ORDER**<br><br>Date:   February 10, 2025<br>Time:  8:30 a.m. |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Wayne Kinzel, that the sentencing hearing currently scheduled for January 21, 2025, at 9:30 a.m. may be continued to February 10, 2025, at 8:30 a.m.

On November 25, 2024, Mr. Kinzel admitted Charges 1 and 2 of the supervised release violation petition. *See* Dkt. #95. At that time, sentencing was set for January 27, 2025. *See* Dkt. #95. On January 14, 2025, the Court advanced sentencing to January 21, 2025. *See* Dkt. #98. Counsel for Mr. Kinzel is unable to proceed on January 21, 2025, and requires additional time to review the probation office's Dispositional Memorandum with Mr. Kinzel and to prepare for sentencing in this matter. Accordingly, the parties are requesting that this matter be continued to the Court's next available date of February 10, 2025.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: January 15, 2025                   */s/ David Gappa*
                                        DAVID GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 15, 2025                   */s/ Reed Grantham*
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        WAYNE KINZEL

## **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, January 21, 2025, at 9:30 a.m. be continued to **Monday, February 10, 2025, at 8:30 a.m. before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **January 15, 2025**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE